# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDEN VANATTI,<br><br>    Plaintiff,<br><br>  v.<br><br>GATES, *et al.*,<br><br>    Defendants. | Case No.: 1:24-cv-00488-BAM (PC)<br><br>ORDER THAT INMATE LYNDEN VANATTI IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

  Plaintiff Lynden Vanatti is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  A video settlement conference in this matter commenced on March 11, 2025.  Inmate Lynden Vanatti, CDCR #BP-6246, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **March 11, 2025**

                 STANLEY A. BOONE
                 United States Magistrate Judge